## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AAC HOLDINGS, INC., *et al.*,[1] | Case No. 20-11648 (JTD) |
| Debtors. | (Joint Administration Requested) |

### <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK　　)
　　　　　　　　　　　) ss:
COUNTY OF KINGS　　　)

I, Edward A. Calderon, declare:

1.  I am over the age of 18 years and not a party to these chapter 11 cases.

2.  I am employed by Donlin, Recano & Company, Inc. ("<u>DRC</u>"), 6201 15th Avenue,  Brooklyn, NY 11219.

3.  On the 22nd day of June, 2020, DRC, acting under my supervision, caused a true and accurate copy of the following documents:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Recovery First of Florida, LLC (3005); Fitrx, LLC (5410); Oxford Treatment Center, LLC (7853); Oxford Outpatient Center, LLC (0237); Concorde Treatment Center, LLC (6483); New Jersey Addiction Treatment Center, LLC (7108); ABTTC, LLC (7601); Laguna Treatment Hospital, LLC (0830); AAC Las Vegas Outpatient Center, LLC (5381); Greenhouse Treatment Center, LLC (4402); AAC Dallas Outpatient Center, LLC (6827); Forterus Health Care Services, Inc. (4758); Solutions Treatment Center, LLC (8175); San Diego Addiction Treatment Center, Inc. (1719); River Oaks Treatment Center, LLC (0640); Singer Island Recovery Center LLC (3015); B&B Holdings Intl LLC (8549); The Academy Real Estate, LLC (9789); BHR Oxford Real Estate, LLC (0023); Concorde Real Estate, LLC (7890); BHR Greenhouse Real Estate, LLC (4295); BHR Ringwood Real Estate, LLC (0565); BHR Aliso Viejo Real Estate, LLC (2910); Behavioral Healthcare Realty, LLC (2055); Clinical Revenue Management Services, LLC (8103); Recovery Brands, LLC (8920); Referral Solutions Group, LLC (7817); Taj Media LLC (7047); Sober Media Group, LLC (4655); American Addiction Centers, Inc. (3320); Tower Hill Realty, Inc. (0039); Lincoln Catharine Realty Corporation (5998); AdCare Rhode Island, Inc. (2188); Green Hill Realty Corporation (4951); AdCare Hospital of Worcester, Inc. (3042); Diversified Healthcare Strategies, Inc. (3809); AdCare Criminal Justice Services, Inc. (1653); AdCare, Inc. (7005); Sagenex Diagnostics Laboratory, LLC (7900); RI - Clinical Services, LLC (6291); Addiction Labs of America, LLC (1133); AAC Healthcare Network, Inc. (0677); AAC Holdings, Inc. (6142); San Diego Professional Group, P.C. (9334). Grand Prairie Professional Group, P.A. (2102); Palm Beach Professional Group, Professional Corporation (7608); Pontchartrain Medical Group, A Professional Corporation (1271); Oxford Professional Group, P.C. (8234); and Las Vegas Professional Group - Calarco, P.C. (5901). The location of the Debtors' corporate headquarters is 200 Powell Place, Brentwood, TN 37027.

AAC00001

a) Notice of (I) Filing of Bankruptcy Petitions and Related Documents and (II) Agenda for Telephonic Hearing on First Day Motions Scheduled for June 23, 2020 at 11:00 A.M. (Prevailing Eastern Time), Before the Honorable John T. Dorsey, at the United States Bankruptcy Court for the District of Delaware (Docket No. 33); and

b) Notice of (I) Filing of Bankruptcy Petitions and Related Documents and (II) Amended Agenda for Telephonic Hearing on First Day Motions Scheduled for June 23, 2020 at 11:00 A.M. (Prevailing Eastern Time), before the Honorable John T. Dorsey, at the United States Bankruptcy Court for the District of Delaware (Docket No. 45).

to be served via electronic mail upon the parties as set forth on Exhibit 1; via facsimile upon the parties as set forth on Exhibit 2; via Federal Express Overnight Delivery upon the parties as set forth on Exhibit 3; and via USPS Express Mail Overnight upon the parties as set forth on Exhibit 4, attached hereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 23rd day of June, 2020, Brooklyn, New York.

By _Edward a Calderon_

Sworn before me this
23rd day of June, 2020

_Notary Public_

SUNG JAE KIM
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01KI6211176
MY COMM. EXP. SEPTEMBER 14, 2021

# EXHIBIT 1

**AAC Holdings, Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

000073P001-1436S-001
ADCARE HOLDING TRUST
DAVID HILLIS C O ANDREW B ODONNELL ESQ
100 FRONT ST
WORCESTER MA 01608
AODONNELL@MIRICKOCONNELL.COM

000078P001-1436S-001
AMERICAN EXPRESS
BRICE B CURTIS
20500 BELSHAW AVE
CARSON CA 90746
BRICE.B.CURTIS@AEXP.COM

000091P001-1436S-001
B PATT DBA GO FISH DIGITAL
DAN HINCKLEY
324 SOUTH WILMINGTON ST
#412
RALEIGH NC 27601
DHINCKLEY@GOFISHDIGITAL.COM

044131P001-1436A-001
BANK OF AMERICA
KRISTIN KERN
ASSISTANT VICE PRESIDENT
222 2ND AVE S
STE 2440
NASHVILLE TN 37201
KRISTIN.KERN@BAML.COM

000072P001-1436S-001
BANK OF AMERICA NA
KIRK PORTER
222 2ND AVE S
NASHVILLE TN 37201
KIRK.PORTER@BOFA.COM

000092P001-1436S-001
BEASLEY MEDIA GROUP
ADAM MOSCATEL
55 WILLIAM T MORRISSEY BLVD
BOSTON MA 02125
ADAM.MOSCATEL@BBGI.COM

000079P001-1436S-001
BECKMAN COULTER INC
STEPHANIE TEH
250 S KRAEMER BLVD
BREA CA 92821
STEH@BECKMAN.COM

044015S001-1436A-001
BOCC HILLBOROUGH CO PUBLIC UTILITIES
HILLSBOROUGH COUNTY PUBLIC UTILITIES DEPT
GREG HORWEDEL DEPUTY COUNTY ADMINISTRATOR
601 EAST KENNEDY BLVD
TAMPA FL 33602
HORWEDELG@HCFLGOV.NET

000100P001-1436S-001
BPL LLC
BERNARD PIERRE-LOUIS
4176 DERBY DRIVE
DAVIE FL 33330
BERNARDLOUIS45@AOL.COM

044027S001-1436A-001
CITY OF GRAND PRAIRIE
PUBLIC WORKS
300 WEST MAIN ST
GRAND PRAIRIE TX 75050
SSALAZAR@GPTX.ORG

000077P001-1436S-001
COLLECT RX INC
JOSEPH ESPARRAGUERA
6720 ROCKLEDGE DR TOWER B
STE 600
BETHESDA MD 20817
JOEE@COLLECTRX.COM

000075P001-1436S-001
CONNECTICUT GENERAL LIFE INSURANCE CO
CIGNA HEALTH AND LIFE INSURANCE CO
CIGNA BEHAVIORAL HEALTH
MICHAEL D GOLDFARB ESQ AHFI
900 COTTAGE GROVE RD W3SIU
BLOOMFIELD CT 06002
MICHAEL.GOLDFARB@CIGNA.COM

000015P001-1436S-001
DELAWARE ATTORNEY GENERAL
BANKRUPTCY DEPT
CARVEL STATE OFFICE BUILDING
820 N FRENCH ST 6TH FL
WILMINGTON DE 19801
ATTORNEY.GENERAL@STATE.DE.US

000028P001-1436S-001
DELAWARE ATTORNEY GENERAL
KATHY JENNINGS
CARVEL STATE OFFICE BLDG
820 N FRENCH ST
WILMINGTON DE 19801
ATTORNEY.GENERAL@STATE.DE.US

000009P001-1436S-001
DELAWARE DIVISION OF REVENUE
BANKRUPTCY ADMINISTRATOR
CARVEL STATE OFFICE BUILD 8TH FLOOR
820 N FRENCH ST
WILMINGTON DE 19801
FASNOTIFY@STATE.DE.US

000005P001-1436S-001
DELAWARE SECRETARY OF STATE
DIV OF CORPORATIONS FRANCHISE TAX
PO BOX 898
DOVER DE 19903
DOSDOC_FTAX@STATE.DE.US

000082P001-1436S-001
DELOITTE TAX LLP
APRIL KITCHIN
1033 DEMONBREUN ST
STE 400
NASHVILLE TN 37203
APKITCHIN@DELOITTE.COM

000093P001-1436S-001
EARLYSENSE INC
JAMES HARRIS
135 BEAVER ST
STE 307
WALTHAM MA 02452
JAMES.HARRIS@EARLYSENSE.COM

044046S001-1436A-001
EFAX CORPORATE
J2 GLOBAL INC
700 S FLOWER ST
15TH FLOOR
LOST ANGELES CA 90017
CORPORATESUPPORT@MAIL.EFAX.COM

000071P001-1436S-001
FTI CONSULTING
SHARMEEN KHAN

SHARMEEN.KHAN@FTICONSULTING.COM

000081P001-1436S-001
IBM / BLUE WOLF
AUSTIN WILLETT
201 17TH ST NW 430
ATLANTA GA 30363
AUSTIN.WILLETT@BLUEWOLFGROUP.COM

043982P001-1436A-001
IRONSHORE SPECIALTY INSURANCE COMPANY
(LIBERTY MUTUAL)
NADEENE WOOD-CLATER
VP REGIONAL UNDERWRITING MANAGER
SIX CONCOURSE PKWY, STE 1575
ATLANTA, GA 30328
NADEENE.WOODCLATER@IRONSHORE.COM

000101P001-1436S-001
KDLR LLC
JUSTIN SEEGMILLER
P.O. BOX 249
ENTERPRISE UT 84725
JUSTIN@KERRYHOLTFARMS.COM

000024P002-1436S-001
KILPATRICK TOWNSEND & STOCKTON LLP
TODD MEYERS
1100 PEACHTREE STREET NE
SUITE 2800
ATLANTA GA 30309
TMEYERS@KILPATRICKTOWNSEND.COM

**AAC Holdings, Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000070P001-1436S-001<br>KILPATRICK TOWNSEND & STOCKTON LLP<br>JOSEPH L. SCIBILIA<br>1100 PEACHTREE STREET NE<br>SUITE 2800<br>ATLANTA GA 30309<br>JSCIBILIA@KILPATRICKTOWNSEND.COM | 000106P001-1436S-001<br>KILPATRICK TOWNSEND & STOCKTON LLP<br>TODD C MEYERS;GIANFRANCO FINIZIO<br>1114 AVE OF THE AMERICAS<br>NEW YORK NY 10036<br>TMEYERS@KILPATRICKTOWNSEND.COM | 000106P001-1436S-001<br>KILPATRICK TOWNSEND & STOCKTON LLP<br>TODD C MEYERS;GIANFRANCO FINIZIO<br>1114 AVE OF THE AMERICAS<br>NEW YORK NY 10036<br>GFINIZIO@KILPATRICKTOWNSEND.COM | 000074P001-1436S-001<br>KING AND SPALDING LLP<br>PATRICK SCAIFE<br>1180 PEACHTREE ST NE<br>38TH FLOOR<br>ATLANTA GA 30309<br>PSCAIFE@KSLAW.COM |
| 044062S001-1436A-001<br>LAFAYETTE COUNTY SOLID WASTE<br>SOLID WASTE AND RECYCLING<br>JODY HARRISON SOLID WASTE MANAGER<br>300 N LAMAR BLVD<br>STE 103<br>OXFORD MS 38655<br>JHARRISON@LAFAYETTECOMS.COM | 000086P001-1436S-001<br>LAFAYETTE COUNTY TAX COLLECTOR<br>SYLVIA BAKER<br>300 N LAMAR<br>STE 103<br>OXFORD MS 38655<br>SBAKER@LAFAYETTECOMS.COM | 000030P001-1436S-001<br>LOUISIANA ATTORNEY GENERAL<br>JEFF LANDRY<br>PO BOX 94095<br>BATON ROUGE LA 70804-4095<br>CONSTITUENTSERVICES@AG.LOUISIANA.GOV | 000031P001-1436S-001<br>MASSACHUSETTS ATTORNEY GENERAL<br>MAURA HEALY<br>ONE ASHBURTON PL<br>BOSTON MA 02108-1698<br>AGO@STATE.MA.US |
| 000076P001-1436S-001<br>MEDEQUITIES REALTY TRUST INC<br>OMEGA HEALTHCARE INVESTORS INC<br>YULIYA LURIE<br>303 INTERNATIONAL CIR<br>STE 200<br>HUNT VALLEY MD 21030<br>YLURIE@OMEGAHEALTHCARE.COM | 000033P001-1436S-001<br>NEVADA ATTORNEY GENERAL<br>AARON FORD<br>OLD SUPREME CT BLDG<br>100 N CARSON ST<br>CARSON CITY NV 89701<br>AGINFO@AG.NV.GOV | 000095P001-1436S-001<br>OA PETERSON CONSTRUCTION CO INC<br>ELIZABETH M ANDES ESQ<br>78 NORTH WILLOW ST<br>MONTCLAIR NJ 07042<br>EMA@MCANDREWVUOTTO.COM | 000097P001-1436S-001<br>PROSKAUER ROSE LLP<br>CHARISE BLUE<br>ELEVEN TIMES SQUARE<br>NEW YORK NY 10036<br>CBLUE@PROSKAUER.COM |
| 000107P001-1436S-001<br>RICHARDS LAYTON & FINGER PA<br>MARK D COLLINS;AMANDA R STEELE<br>ONE RODNEY SQUARE<br>920 NORTH KING ST<br>WILMINGTON DE 19801<br>COLLINS@RLF.COM | 000107P001-1436S-001<br>RICHARDS LAYTON & FINGER PA<br>MARK D COLLINS;AMANDA R STEELE<br>ONE RODNEY SQUARE<br>920 NORTH KING ST<br>WILMINGTON DE 19801<br>STEELE@RLF.COM | 000096P001-1436S-001<br>SALESFORCECOM INC<br>EDUARDO PEREZ<br>PO BOX 203141<br>DALLAS TX 75320-3141<br>EDUARDOPEREZ@SALESFORCE.COM | 000090P002-1436S-001<br>SAN DIEGO K4 LLC<br>ELLIOT ZEMEL C/O ADAM MINDLE<br>831 S LAKE ST<br>LOS ANGELES CA 90057<br>AMINDLE@GREYSTONELAWGROUP.COM |
| 044077S001-1436A-001<br>SANDERS WATER ASSOCIATION<br>1487 HWY 30 E<br>ETTA MS 38627<br>CMCCORMICK@AFO.NET | 000017P001-1436S-001<br>SECURITIES AND EXCHANGE COMMISSION<br>SEC OF THE TREASURY OFFICE OF GEN COUNSEL<br>100 F ST NE<br>WASHINGTON DC 20549<br>SECBANKRUPTCY@SEC.GOV | 000018P001-1436S-001<br>SECURITIES AND EXCHANGE COMMISSION<br>PHIL OFC BANKRUPTCY DEPT<br>ONE PENN CENTER<br>1617 JFK BLVD STE 520<br>PHILADELPHIA PA 19103<br>SECBANKRUPTCY@SEC.GOV | 000094P001-1436S-001<br>SIEMENS HEALTHCARE DIAGNOSTICS INC<br>LUCY RAOS<br>3090 PREMIERE PKWY<br>DULUTH GA 30097<br>LUCY.RAOS@SIEMENS-HEALTHINEERS.COM |
| 000022P001-1436S-001<br>STROOCK & STROOCK & LAVAN LLP<br>SAYAN BHATTACHARYYA<br>180 MAIDEN LANE<br>NEW YORK NY 10038<br>SBHATTACHARYYA@STROOCK.COM | 000023P001-1436S-001<br>STROOCK & STROOCK & LAVAN LLP<br>DANIEL A FLIMAN<br>180 MAIDEN LANE<br>NEW YORK NY 10038<br>DFLIMAN@STROOCK.COM | 000105P001-1436S-001<br>STROOCK & STROOCK & LAVAN LLP<br>MATTHEW G GAROFALO;EMILY L KUZNICK<br>180 MAIDEN LANE<br>NEW YORK NY 10038-4982<br>MGAROFALO@STROOCK.COM | 000105P001-1436S-001<br>STROOCK & STROOCK & LAVAN LLP<br>MATTHEW G GAROFALO;EMILY L KUZNICK<br>180 MAIDEN LANE<br>NEW YORK NY 10038-4982<br>EKUZNICK@STROOCK.COM |

**AAC Holdings, Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

06/22/2020  09:49:43 PM

| | | | |
|---|---|---|---|
| 000080P002-1436S-001 | 044132P001-1436A-001 | 044083S001-1436A-001 | 044085S001-1436A-001 |
| TARRANT COUNTY TAX ASSESSOR-COLLECTOR | TD BANK | TECO | TIME WARNER CABLE |
| WENDY BURGESS | HEATHER L CRAWFORD | TECO ENERGY TAMPA ELECTRIC PEOPLES GAS | 60 COLUMBUS CIR |
| 100 E WEATHERFORD | CM CUSTOMER CARE SPECIALIST II | TECO ENERGY INC | NEW YORK NY 10023 |
| FORT WORTH TX 76196 | 6000 ATRIUM WAY | 702 N. FRANKLIN ST | TWC.COTP@TWCABLE.COM |
| TAXOFFICE@TARRANTCOUNTY.COM | MT LAUREL NJ 08054 | TAMPA FL 33602 | |
| | HEATHER.CRAWFORD2@TD.COM | CLJACOBS@TECOENERGY.COM | |
| | | | |
| 044086S001-1436A-001 | 000006P001-1436S-001 | 000085P001-1436S-001 | 044133P001-1436A-001 |
| TIME WARNER CABLE | US ATTORNEY FOR DELAWARE | WALLER LANSDEN DORTCH AND DAVIS LLP | WELLS FARGO |
| 60 COLUMBUS CIR | 1313 NORTH MARKET ST | THERESA MILBURN-WATSON | SHANI HARRIS |
| NEW YORK NY 10023 | WILMINGTON DE 19801 | 511 UNION ST | DEDICATED CLIENT SVC OFFICER |
| TWC.COTP@TWCABLE.COM | USADE.ECFBANKRUPTCY@USDOJ.GOV | STE 2700 | 3440 FLAIR DR 5TH FLOOR |
| | | NASHVILLE TN 37219 | MAC E2001-052 |
| | | THERESA.MILBURN@WALLERLAW.COM | EL MONTE CA 91731 |
| | | | SHANI.HARRIS@WELLSFARGO.COM |
| | | | |
| 043999P001-1436A-001 | 000025P002-1436S-001 | 000026P002-1436S-001 | 000083P001-1436S-001 |
| XL SPECIALTY INSURANCE CO | YOUNG CONAWAY STARGATT & TAYLOR | YOUNG CONAWAY STARGATT & TAYLOR | ZURICH AMERICAN INSURANCE CO |
| 100 CONSTITUTION PLZ | MATTHEW LUNN | ROBERT POPPITI JR | KAREN ANDERSON |
| 13TH FL | RODNEY SQUARE | RODNEY SQUARE | 1299 ZURICH WAY |
| HARTFORD CT 06103 | 1000 NORTH KING STREET | 1000 NORTH KING STREET | SCHAUMBURG IL 60196 |
| PROCLAIMNEWNOTICES@XLCATLIN.COM | WILMINGTON DE 19801 | WILMINGTON DE 19801 | KAREN.ANDERSON@ZURICHNA.COM |
| | MLUNN@YCST.COM | RPOPPITI@YCST.COM | |

Records Printed :  **60**

# EXHIBIT 2

AAC Holdings, Inc., et al.
**Facsimile**
**Exhibit Page**

06/22/2020 09:50:12 PM

043975P001-1436A-001
BEAZLEY USA SERVICES, INC
30 BATTERSON PK RD
FARMINGTON CT 06032
Fax#: 8606790247

044016S001-1436A-001
BOROUGH OF RINGWOOD
MUNICIPAL BUILDING
DEPT OF PUBLIC WORKS
60 MARGARET KING AVE
RINGWOOD NJ 07456
Fax#: 9739627001

000027P001-1436S-001
CALIFORNIA ATTORNEY GENERAL
XAVIER BECERRA
1300 I ST
STE 1740
SACRAMENTO CA 95814
Fax#: (916) 323-5341

044032S001-1436A-001
COMCAST
COMCAST HEADQUARTERS
COMCAST CENTER 1701 JFK BLVD
PHILADELPHIA PA 19103
Fax#: 2159817790

044033S001-1436A-001
COMCAST BUSINESS
COMCAST HEADQUARTERS
COMCAST CENTER 1701 JFK BLVD
PHILADELPHIA PA 19103
Fax#: 2159817790

044034S001-1436A-001
COMCAST BUSINESS
COMCAST HEADQUARTERS
COMCAST CENTER 1701 JFK BLVD
PHILADELPHIA PA 19103
Fax#: 2159817790

044035S001-1436A-001
COMCAST XFINITY
COMCAST HEADQUARTERS
COMCAST CENTER 1701 JFK BLVD
PHILADELPHIA PA 19103
Fax#: 2159817790

044036S001-1436A-001
COX BUSINESS
COX COMMUNICATIONS
6205-B PEACHTREE DUNWOODY RD NE
ATLANTA GA 30328
Fax#: 4048476257

044037S001-1436A-001
COX BUSINESS
COX COMMUNICATIONS
6205-B PEACHTREE DUNWOODY RD NE
ATLANTA GA 30328
Fax#: 4048476257

044038S001-1436A-001
COX COMMUNICATIONS
6205-B PEACHTREE DUNWOODY RD NE
ATLANTA GA 30328
Fax#: 4048476257

044039S001-1436A-001
CR AND R INC
STANTON 11292 WESTERN AVE
STANTON CA 90680
Fax#: 7148906347

000008S001-1436S-001
DELAWARE STATE TREASURY
BANKRUPTCY DEPT
820 SILVER LAKE BLVD
STE 100
DOVER DE 19904
Fax#: (302) 739-2274

044042S001-1436A-001
DIRECTV
2230 E IMPERIAL HWY
FL 10
EL SEGUNDO CA 90245-3504
Fax#: 3105355225

044043S001-1436A-001
DIRECTV LLC
DIRECT TV
2230 E IMPERIAL HWY
FL 10
EL SEGUNDO CA 90245-3504
Fax#: 3105355225

044044S001-1436A-001
DISH
DISH NETWORK
9601 SOUTH MERIDIAN BLVD
ENGLEWOOD CO 80112
Fax#: 3037231999

044045S001-1436A-001
EDCO DISPOSAL CORP
6670 FEDERAL BLVD
LEMON GROVE CA 91945
Fax#: 6192874073

000029P001-1436S-001
FLORIDA ATTORNEY GENERAL
ASHLEY MOODY
THE CAPITOL
PL-01
TALLAHASSEE FL 32399-1050
Fax#: 850-488-5106

044059P001-1436A-001
HELGET GAS PRODUCTS
4211 S 102ND ST
OMAHA NE 68127
Fax#: 8668650818

000002P001-1436S-001
INTERNAL REVENUE SVC
CENTRALIZED INSOLVENCY OPERATION
P.O. BOX 7346
PHILADELPHIA PA 19101-7346
Fax#: (267) 941-1015

000003P001-1436S-001
INTERNAL REVENUE SVC
CENTRALIZED INSOLVENCY OPERATION
2970 MARKET STREET
MAIL STOP 5 Q30 133
PHILADELPHIA PA 19104-5016
Fax#: (267) 941-1015

000004P001-1436S-001
OFFICE OF THE US TRUSTEE
844 KING STREET
SUITE 2207
WILMINGTON DE 19801
Fax#: (302) 573-6497

000016P001-1436S-001
SECURITIES AND EXCHANGE COMMISSION
NY REG OFFICE BANKRUPTCY DEPT
BROOKFIELD PL
200 VESEY ST STE 400
NEW YORK NY 10281-1022
Fax#: (212) 336-1323

043603S001-1436A-001
SOUTHTEL COMMUNICATIONS
DBA REALMCONNECT SOLUTIONS LLC
1200 ABERNATHY RD
BUILDING 600 STE 1700
ATLANTA GA 30328
Fax#: 7706071103

000036P001-1436S-001
TENNESSEE ATTORNEY GENERAL
HERBERT H SLATERY III
PO BOX 20207
NASHVILLE TN 37202-0207
Fax#: (615) 741-2009

000037P001-1436S-001
TEXAS ATTORNEY GENERAL
KEN PAXTON
300 W 15TH ST
AUSTIN TX 78701
Fax#: (512) 475-2994

000012P001-1436S-001
US EPA REG 3
OFFICE OF REG COUNSEL
1650 ARCH ST
PHILADELPHIA PA 19103
Fax#: (215) 814-5103

044094S001-1436A-001
WASTE MANAGEMENT OF RI
235 PROMENADE ST
PROVIDENCE RI 02908
Fax#: 4012223812

# EXHIBIT 3

# AAC Holdings, Inc., et al.
## Federal Express
## Exhibit Pages

---

000001P001-1436A-001
20TH STREET PROPERTY LLC
1235 BROADWAY 3RD FLOOR
NEW YORK NY 10001

044003S001-1436A-001
ABC DISPOSAL SVC INC
1245 SHAWMUT AVE
NEW BEDFORD MA 02746

043967P001-1436A-001
ADMIRAL INSURANCE CO
6455 E JOHNS CROSSING 325
DULUTH GA 30097

043968P001-1436A-001
ADMIRAL INSURANCE CO
CHRISTOPHER B MCGOVERN
SURPLUS LINES AGENT
10150 YORK RD
5TH FL
HUNT VALLEY MD 21030

000104P001-1436S-001
AETNA INC.
ATTN: LEGAL DEPT
151 FARMINGTON AVENUE
HARTFORD CT 06156

043970P001-1436A-001
AMERICAN HOME ASSURANCE CO (AIG)
175 WATER ST 18TH FL
NEW YORK NY 10038

044004S001-1436A-001
AMERICAN MESSAGING
1720 LAKEPOINTE DR
STE 100
LEWISVILLE TX 75057

044005S001-1436A-001
AMERIGAS PROPANE LP
9 NORTH BACTOB HILL RD
1ST FLOOR
FRAZER PA 19355

044097P001-1436A-001
ANKURA TRUST COMPANY, LLC
AS COLLATERAL AGENT
140 SHERMAN ST 4TH FL
FAIRFIELD CT 06824

043971P001-1436A-001
ARCH CAPITAL GROUP
ONE LIBERTY PLZ 53RD FL
NEW YORK NY 10006

044006S001-1436A-001
AT AND T
208 S AKARD ST
DALLAS TX 75202

044010S001-1436A-001
AT AND T ATLANTA
AT AND T
208 S AKARD ST
DALLAS TX 75202

044011S001-1436A-001
AT AND T MOBILITY
1025 LENOX PARK BLVD
ATLANTA GA 30319

044013S001-1436A-001
ATMOS ENERGY
5430 LYNDON B JOHNSON FWY
DALLAS TX 75230

044131P001-1436A-001
BANK OF AMERICA
KRISTIN KERN
ASSISTANT VICE PRESIDENT
222 2ND AVE S
STE 2440
NASHVILLE TN 37201

043973P001-1436A-001
BANKDIRECT CAPITAL FINANCE
150 NORTH FIELD DR
STE 190
LAKE FOREST IL 60045

043974P001-1436A-001
BEAZLEY GROUP (LLOYDS OF LONDON)
1270 AVE OF THE AMERICAS
12TH FL
NEW YORK NY 10020

043976P001-1436A-001
BEAZLEY GROUP (LLOYDS OF LONDON)
6 CONCOURSE PKWY NE
STE 2800
ATLANTA GA 30328

043977P001-1436A-001
BEAZLEY USA (LLOYDS OF LONDON)
630 N GREENWOOD DR
PALATINE IL 60074

044015P001-1436A-001
BOCC HILLBOROUGH CO PUBLIC UTILITIES
15610 PREMIER DR
TAMPA FL 33624

000002P001-1436A-001
BOROUGH OF FRANKLIN
46 MAIN ST
FRANKLIN NJ 07416

042357P001-1436A-001
BOROUGH OF FRANKLIN BPW
46 MAIN ST
FRANKLIN NJ 07416

042357S001-1436A-001
BOROUGH OF FRANKLIN BPW
FRANKLIN BOROUGH BOARD OF PUBLIC WORKS
ANGELO BOLCATO BOARD ATTORNEY
46 MAIN ST
FRANKLIN NJ 07416

044016P001-1436A-001
BOROUGH OF RINGWOOD
60 MARGARET KING AVE
RINGWOOD NJ 07416

000087P001-1436S-001
BOROUGH OF RINGWOOD - TAX COLLECTOR
60 MARGARET KING AVE
RINGWOOD NJ 07456

044017S001-1436A-001
BP TRUCKING INC
65 NICKERSON RD
ASHLAND MA 01721

042355P001-1436A-001
BPL LLC
4176 DERBY DR
DAVIE FL 33330

044018S001-1436A-001
BRIGHT HOUSE NETWORKS ENTERPRISE SOLUTIONS
BRIGHT HOUSE NETWORKS LLC
5000 CAMPUSWOOD DR
STE 1
SYRACUSE NY 13057

**AAC Holdings, Inc., et al.**
**Federal Express**
**Exhibit Pages**

06/22/2020 10:02:56 PM

| | | | |
|---|---|---|---|
| 000004P001-1436A-001<br>BROWARD COUNTY TAX COLLECTOR<br>115 S ANDREWS AVE #A100<br>FORT LAUDERDALE FL 33301-1895 | 042388S001-1436A-001<br>C SPIRE<br>1018 HIGHLAND COLONY PKWY<br>STE 300<br>RIDGELAND MS 39157 | 044020S001-1436A-001<br>CENTERPOINT ENERGY<br>1111 LOUISIANA ST<br>HOUSTON TX 77002 | 044021S001-1436A-001<br>CENTURYLINK<br>100 CENTURYLINK DR<br>MONROE LA 71203 |
| 044024S001-1436A-001<br>CHARTER COMMUNICATIONS<br>400 ATLANTIC ST<br>FL 10<br>STAMFORD CT 06901 | 044102P001-1436A-001<br>CIT BANK, NA<br>10201 CENTURION PKWY NORTH<br>STE 100<br>JACKSONVILLE FL 32256 | 000102P001-1436S-001<br>CIT FINANCE<br>ATTN BANKRUPTCY MANAGEMENT<br>10201 CENTURION PKWY N<br>STE 100<br>JACKSONVILLE FL 32256 | 044025S001-1436A-001<br>CITY OF ARLINGTON<br>CITY HALL<br>UTILITIES<br>101 W ABRAM ST<br>ARLINGTON TX 76010 |
| 000006P001-1436A-001<br>CITY OF LAS VEGAS DEPT OF FINANCE<br>495 S MAIN ST<br>4TH FLOOR<br>LAS VEGAS NV 89101 | 044028S001-1436A-001<br>CITY OF LAS VEGAS SEWER SVC<br>CITY HALL<br>495 S MAIN ST<br>LAS VEGAS NV 89101 | 000008P001-1436A-001<br>CITY OF OXFORD<br>107 COURTHOUSE SQUARE<br>OXFORD MS 38655 | 044029S001-1436A-001<br>CITY OF OXFORD ELECTRIC<br>OXFORD UTILITIES<br>300 MCELROY DR<br>OXFORD MS 38655 |
| 044030S001-1436A-001<br>CITY OF WORCESTER<br>WORCESTER CITY HALL<br>455 MAIN ST<br>WORCESTER MA 01608 | 044031S001-1436A-001<br>CITY TREASURER SAN DIEGO<br>OFFICE OF THE CITY TREASURER<br>CIVIC CENTER PLAZA<br>1200 THIRD AVE<br>SAN DIEGO CA 92101 | 044019P001-1436A-001<br>CK SMITH AND CO INC<br>99 CRESCENT ST<br>WORCESTER MA 01605 | 044036S001-1436A-001<br>COX BUSINESS<br>COX COMMUNICATIONS<br>6205-B PEACHTREE DUNWOODY RD NE<br>ATLANTA GA 30328 |
| 044038S001-1436A-001<br>COX COMMUNICATIONS<br>6205-B PEACHTREE DUNWOODY RD NE<br>ATLANTA GA 30328 | 000007P001-1436S-001<br>DELAWARE SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>401 FEDERAL ST STE 4<br>DOVER DE 19901 | 044101P001-1436A-001<br>DELL FINANCIAL SERVICES, LLC<br>MAIL STOP-PS2DF-23<br>ONE DELL WAY<br>ROUND ROCK TX 78682 | 000015P001-1436A-001<br>DESOTO COUNTY TAX COLLECTOR<br>365 LOSHER ST #110<br>HERNANDO MS 38632-2144 |
| 044040S001-1436A-001<br>DIRECT ENERGY MARKETING INC<br>DBA DIRECT ENERGY BUSINESS LLC<br>194 S WOOD AVE<br>ISELIN NJ 08830 | 044041S001-1436A-001<br>DIRECT ENERGY SVC<br>DIRECT ENERGY LLP<br>194 S WOOD AVE<br>ISELIN NJ 08830 | 044042S001-1436A-001<br>DIRECTV<br>2230 E IMPERIAL HWY<br>FL 10<br>EL SEGUNDO CA 90245-3504 | 044043S001-1436A-001<br>DIRECTV LLC<br>DIRECT TV<br>2230 E IMPERIAL HWY<br>FL 10<br>EL SEGUNDO CA 90245-3504 |
| 044045P001-1436A-001<br>EDCO DISPOSAL CORP<br>6670 FEDERAL BLVD<br>LEMON GROVE CA 91945 | 044047P001-1436A-001<br>ENTECH SALES AND SVC<br>3404 GARDEN BROOK DR<br>DALLAS TX 75234 | 043978P002-1436A-001<br>EVANSTON INSURANCE CO (MARKEL)<br>MARKEL AMERICAN INSURANCE CO<br>207 NATIONAL ST<br>MURFREESBORO TN 37128 | 044049S001-1436A-001<br>EVERSOURCE<br>EVERSOURCE ENERGY<br>300 CADWELL DR<br>SPRINGFIELD MA 01104 |

**AAC Holdings, Inc., et al.**
**Federal Express**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 044050P001-1436A-001<br>FAIR CLOUGH PROPANE LLC<br>91 HAMPTON HOUSE RD<br>NEWTON NJ 07860 | 044051S001-1436A-001<br>FLORIDA NATURAL GAS<br>FLORIDA PUBLIC UTILITIES<br>780 AMELIA ISLAND PKWY<br>FERNANDINA BEACH FL 32034 | 044052P001-1436A-001<br>FLORIDA POWER AND LIGHT<br>GENERAL MAIL FACILITY<br>MIAMI FL 33188-0001 | 044052S001-1436A-001<br>FLORIDA POWER AND LIGHT<br>700 UNIVERSE BLVD<br>JUNO BEACH FL 33408 |
| 042817P001-1436A-001<br>FOREVER PROPANE OF BOCA RATON INC<br>350 NE 44TH ST<br>OAKLAND PARK FL 33334 | 0428178S001-1436A-001<br>FOREVER PROPANE OF BOCA RATON INC<br>3272 W HILLSBORO BLVD<br>DEERFIELD BEACH FL 33442 | 044054P001-1436A-001<br>FRANKLIN BOARD OF PUBLIC WORKS<br>46 MAIN ST<br>FRANKLIN NJ 07416 | 044054S001-1436A-001<br>FRANKLIN BOARD OF PUBLIC WORKS<br>40 CHURCHILL AVE<br>SOMERSET NJ 08873 |
| 044055S001-1436A-001<br>FRONTIER<br>FRONTIER COMMUNICATIONS<br>401 MERRITT 7<br>NORWALK CT 06851 | 044056S001-1436A-001<br>FRONTIER COMMUNICATIONS<br>401 MERRITT 7<br>NORWALK CT 06851 | 043979P001-1436A-001<br>GLOBAL AEROSPACE INC<br>3399 PEACHTREE RD 1100<br>ATLANTA GA 30326 | 043980P001-1436A-001<br>GLOBAL AEROSPACE INC<br>ONE SYLVAN WAY<br>THIRD FL<br>PARSIPPANY NJ 07054 |
| 044057P001-1436A-001<br>GRE CONGRESS STREET LLC<br>1900 CROWN COLONY DR<br>QUINCY MA 02169 | 044057S001-1436A-001<br>GRE CONGRESS STREET LLC<br>500 BOYLSTON ST<br>STE 1300<br>BOSTON MA 02116 | 044058P001-1436A-001<br>GREENSERV INC<br>507 HERITAGE DR<br>OXFORD MS 38655 | 044719P001-1436A-001<br>HEALTH PROFESSIONALS AND<br>ALLIED EMPLOYEES AFT AFLCIO<br>HPAE PRESIDENT<br>110 KINDERKAMACK RD<br>EMERSON NJ 07630 |
| 000018P001-1436A-001<br>HUNTINGTON TECHNOLOGY FINANCE<br>L-3721<br>COLUMBUS OH 43260-3721 | 000081P001-1436S-001<br>IBM / BLUE WOLF<br>AUSTIN WILLETT<br>201 17TH ST NW 430<br>ATLANTA GA 30363 | 000003P001-1436S-001<br>INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET STREET<br>MAIL STOP 5 Q30 133<br>PHILADELPHIA PA 19104-5016 | 044060S001-1436A-001<br>JAYSAN GAS SVC INC<br>80 COUNTY RD<br>EAST FREETOWN MA 02717 |
| 044061S001-1436A-001<br>JERSEY CENTRAL POWER AND LIGHT<br>76 SOUTH MAIN ST<br>AKRON OH 44308 | 043046P001-1436A-001<br>KINGS III OF AMERICA LLC<br>DBA KINGS III EMERGENCY COMMUNICATIONS<br>751 CANYON DR STE 100<br>STE 100<br>COPPELL TX 75019 | 000021P001-1436A-001<br>LAFAYETTE COUNTY TAX COLLECTOR<br>300 N LAMAR<br>STE 103<br>OXFORD MS 38655 | 044134P001-1436A-001<br>LAKELAND BANK<br>250 OAK RIDGE RD<br>OAK RIDGE NJ 07438 |
| 044063S001-1436A-001<br>LAS VEGAS VALLEY WATER DISTRICT<br>1001 S VALLEY VIEW BLVD<br>LAS VEGAS NV 89153 | 044064S001-1436A-001<br>LEVEL 3 FINANCING INC<br>DBA LEVEL 3 COMMUNICATIONS<br>1025 ELDORADO BLVD<br>BLOOMFIELD CO 80021 | 045015P001-1436A-001<br>MARKEL INSURANCE COMPANY<br>4521 HIGHWOODS PKWY<br>GLEN ALLEN VA 23060 | 045015S001-1436A-001<br>MARKEL INSURANCE COMPANY<br>3650 MANSELL ROAD<br>SUITE 440<br>ALPHARETTA GA 30022 |

**AAC Holdings, Inc., et al.**
**Federal Express**
**Exhibit Pages**

---

044065S001-1436A-001
MAXXSOUTH BROAD/BAND
105 ALLISON CV
OXFORD MS 38655-7375

000025P001-1436A-001
MEDEQUITIES REALTY TRUST INC
OMEGA HEALTHCARE INVESTORS INC
303 INTERNATIONAL CIR
STE 200
HUNT VALLEY MD 21030

000011P001-1436S-001
MICHIGAN DEPT OF TREASURY TAX POL DIV
LITIGATION LIAISON
430 WEST ALLEGAN ST
2ND FLOOR AUSTIN BUILDING
LANSING MI 48922

000032P001-1436S-001
MISSISSIPPI ATTORNEY GENERAL
LYNN FITCH
WALTER SILLERS BLDG
550 HIGH ST STE 1200
JACKSON MS 39201

044066S001-1436A-001
MOULTON NIGUEL WATER
MOULTON NIGUEL WATER DISTRICT
26880 ALISO VIEJO PKWY
ALISO VIEJO CA 92656

044067S001-1436A-001
NASHVILLE ELECTRIC SVC
1214 CHURCH ST
NASHVILLE TN 37246

044068S001-1436A-001
NATIONAL GRID
NATIONAL GRID USA
40 SYLVAN RD
WALTHAM MA 02451

043985P001-1436A-001
NATIONAL UNION FIRE INSURANCE CO OF
PITTSBURG, PA
175 WATER ST 18TH FL
NEW YORK NY 10038

044069S001-1436A-001
NEW HORIZON COMMUNICATIONS
200 BAKER AVE
CONCORD MA 01742

000034P001-1436S-001
NEW JERSEY ATTORNEY GENERAL
GURBIR S GREWAL
RICHARD J HUGHES JUSTICE COMPLEX
25 MARKET ST 8TH FL WEST WING
TRENTON NJ 08625

044070S001-1436A-001
NORTH EAST MS
NORTH EAST MS EPA
10 PR 2050
OXFORD MS 38655

044071S001-1436A-001
NV ENERGY
6226 W SAHARA AVE
LAS VEGAS NV 89146

000004P001-1436S-001
OFFICE OF THE US TRUSTEE
844 KING STREET
SUITE 2207
WILMINGTON DE 19801

043352P001-1436A-001
PACIFIC PARK VIEJO PARTNERS LLC
DBA PACIFIC PARK MEDICAL DENTAL
41 CORPORATE PK STE 230
IRVINE CA 92606

000028P001-1436A-001
PARC SIXTY FOUR PLAZA INC
303 JIM MORAN BLVD
DEERFIELD BEACH FL 33442

044072S001-1436A-001
PEAK 10 INC
DBA PEAK 10 RENTECH LLC
FLEXENTIAL
8809 LENOX POINTE DR
STE G
CHARLOTTE NC 28273

044098P001-1436A-001
PNC EQUIPMENT FINANCE, LLC
995 DALTON AVE
CINCINNATI OH 45203

042503P001-1436A-001
ALBERT D RAYFORD
797 CR 308
HOULKA MS 38850

044074S001-1436A-001
REPUBLIC SVC
18500 N ALLIED WAY
PHOENIX AZ 85054

000035P001-1436S-001
RHODE ISLAND ATTORNEY GENERAL
PETER F NERONHA
150 S MAIN ST
PROVIDENCE RI 02903

044075S001-1436A-001
ROCKLAND ELECTRIC CO
390 NY-59
SPRING VALLEY NY 10977

043987P001-1436A-001
RSUI INDEMNITY CO
945 EAST PACES FERRY RD NE
STE 1800
ATLANTA GA 30326

044076S001-1436A-001
SAN DIEGO GAS AND ELECTRIC
8326 CENTURY PK CT
SAN DIEGO CA 92123

043488P001-1436A-001
SAN DIEGO K4 LLC
831 S LAKE ST
LOS ANGELES CA 90057

000016P001-1436S-001
SECURITIES AND EXCHANGE COMMISSION
NY REG OFFICE  BANKRUPTCY DEPT
BROOKFIELD PL
200 VESEY ST STE 400
NEW YORK NY 10281-1022

000013P001-1436S-001
SOCIAL SECURITY ADMINISTRATION
OFFICE OF THE GEN COUNSEL REGION 3
300 SPRING GARDEN ST
PHILADELPHIA PA 19123

044078S001-1436A-001
SOUTHERN CALIFORNIA EDISON
2244 WALNUT GROVE AVE
ROSEMEAD CA 91770

044079S001-1436A-001
SOUTHWEST GAS CORP
400 EAGLE STATION LN
CARSON CITY NV 89701-6493

**AAC Holdings, Inc., et al.**
**Federal Express**
**Exhibit Pages**

06/22/2020 10:02:56 PM

| | | | |
|---|---|---|---|
| 044080S001-1436A-001<br>SPRINT SPECTRUM LP<br>6160 SPRINT PKWY BUILDING 13<br>OVERLAND PARK KS 66251 | 000032P001-1436A-001<br>STATE OF RHODE ISLAND<br>DIVISION OF TAXATION<br>ONE CAPITOL HILL<br>PROVIDENCE RI 02908-5800 | 043988P001-1436A-001<br>STEADFAST INSURANCE (ZURICH AMERICAN)<br>1400 AMERICAN LN<br>SCHAUMBURG IL 60196 | 044099P001-1436A-001<br>SYSCO LAS VEGAS, INC<br>6201 E CENTENNIAL PKWY<br>NORTH LAS VEGAS NV 89115 |
| 000033P001-1436A-001<br>TAX COLLECTOR ST TAMMANY PARISH<br>107 COURTHOUSE SQUARE<br>OXFORD MS 38655 | 000034P001-1436A-001<br>TENNESSEE DEPT OF REVENUE<br>ANDREW JACKSON STATE OFFICE BUILDING<br>500 DEADRICK ST<br>NASHVILLE TN 37242 | 044084S001-1436A-001<br>THE GAS CO<br>1801 S ATLANTIC BLVD<br>MONTEREY PARK CA 91754 | 044086S001-1436A-001<br>TIME WARNER CABLE<br>60 COLUMBUS CIR<br>NEW YORK NY 10023 |
| 043989P001-1436A-001<br>TOKIO MARINE SPECIALTY INSURANCE CO<br>840 CRESCENT CENTRE DR 180<br>FRANKLIN TN 37067 | 000035P001-1436A-001<br>TOWN OF DAVIE BUSINESS TAX<br>6591 ORANGE DR<br>DAVIE FL 33314 | 000036P001-1436A-001<br>TOWNSHIP OF LAFAYETTE<br>33 MORRIS FARM RD<br>LAFAYETTE NJ 07848 | 043991P001-1436A-001<br>TRAVELERS CASUALTY AND SURETY CO<br>OF AMERICA<br>1 TOWER SQUARE<br>HARTFORD CT 06183 |
| 000037P001-1436A-001<br>UNITED STATES TREASURY<br>OGDEN UT 84201-0039 | 000012P001-1436S-001<br>US EPA REG 3<br>OFFICE OF REG COUNSEL<br>1650 ARCH ST<br>PHILADELPHIA PA 19103 | 044103P001-1436A-001<br>US FOODS, INC<br>9399 WESY HIGGINS RD<br>ROSEMONT IL 60018 | 044087S001-1436A-001<br>VERIZON<br>1095 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036 |
| 044091P001-1436A-001<br>VERIZON WIRELESS<br>1095 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036 | 043827P001-1436A-001<br>WASTE CONNECTIONS<br>99 WOOD AVE SOUTH STE 1001<br>ISELIN NJ 08830 | 043827S001-1436A-001<br>WASTE CONNECTIONS<br>3 WATERWAY SQUARE PL<br>THE WOODLANDS TX 77380 | 044092S001-1436A-001<br>WASTE MANAGEMENT<br>1001 FANNIN ST<br>HOUSTON TX 77002 |
| 044094S001-1436A-001<br>WASTE MANAGEMENT OF RI<br>235 PROMENADE ST<br>PROVIDENCE RI 02908 | 044100P001-1436A-001<br>WELLS FARGO EQUIPMENT FINANCE, INC<br>733 MARQUETTE AVE<br>STE 700<br>MINNEAPOLIS MN 55402 | 043993P001-1436A-001<br>WILLIS OF NEW YORK, INC DBA WILLIS<br>ONE WORLD FINANCIAL CTR<br>200 LIBERTY ST 7TH FL<br>NEW YORK NY 10281 | 044095S001-1436A-001<br>WINDSTREAM<br>4001 N RODNEY PARHAM RD<br>LITTLE ROCK AR 72212-2442 |
| 044096S001-1436A-001<br>WWS<br>2555 W COPANS RD<br>POMPANO BEACH FL 33069 | 043997P001-1436A-001<br>XL SPECIALTY INSURANCE CO<br>20 N MARTINGALE RD 200<br>SCHAUMBURG IL 60173 | 043998P001-1436A-001<br>XL SPECIALTY INSURANCE CO<br>70 SEAVIEW AVE<br>STAMFORD CT 06902-6040 | 044000P001-1436A-001<br>XL SPECIALTY INSURANCE CO<br>505 EAGLEVIEW BLVD<br>STE 100<br>EXTON PA 19344-1120 |

**AAC Holdings, Inc., et al.**
**Federal Express**
**Exhibit Pages**

044001P001-1436A-001
ZURICH AMERICAN INSURANCE CO
1299 ZURICH WAY
ZAIC
SCHAUMBURG IL 60196

044002P001-1436A-001
ZURICH AMERICAN INSURANCE CO
1001 SUMMIT BLVD
STE 1700
ATLANTA, GA 30319

Records Printed :   **142**

# EXHIBIT 4

## AAC Holdings, Inc., et al.
## USPS Express Mail
## Exhibit Pages

Page # : 1 of 5                                                                                    06/22/2020 10:03:18 PM

042115P001-1436A-001
3D INVESTMENT GROUP LLC
PO BOX 850
INDEPENDENCE LA 70443-

044003P001-1436A-001
ABC DISPOSAL SVC INC
PO BOX 50540
NEW BEDFORD MA 02745

043969P001-1436A-001
ADMIRAL INSURANCE CO
MT LAUREL CORPORATE PK
1000 HOWARD BLVD STE 300 PO BOX 5430
MT. LAUREL NJ 08054-

000103P001-1436S-001
AETNA
PO BOX 14079
LEXINGTON KY 40512-

044004P001-1436A-001
AMERICAN MESSAGING
PO BOX 5749
CAROL STREAM IL 60197

044005P001-1436A-001
AMERIGAS PROPANE LP
PO BOX 660288
DALLAS TX 75266

000014P001-1436S-001
ARIZONA ATTORNEY GENERAL'S OFFICE
PO BOX 6123
MD 7611
PHOENIX AZ 85005

044006P001-1436A-001
AT AND T
PO BOX 5014
CAROL STREAM IL 60197

044007P001-1436A-001
AT AND T
PO BOX 5019
CAROL STREAM IL 60197

044008P001-1436A-001
AT AND T
PO BOX 105262
ATLANTA GA 30348

044009P001-1436A-001
AT AND T
PO BOX 105503
ATLANTA GA 30348

044010P001-1436A-001
AT AND T ATLANTA
PO BOX 105068
ATLANTA GA 30348

044011P001-1436A-001
AT AND T MOBILITY
PO BOX 6463
CAROL STREAM IL 60197

044012P001-1436A-001
AT AND T MOBILITY
PO BOX 536216
ATLANTA GA 30353

044013P001-1436A-001
ATMOS ENERGY
PO BOX 740353
CINCINNATI OH 45274

044014P001-1436A-001
ATMOS ENERGY
PO BOX 790311
ST LOUIS MO 63179

044017P001-1436A-001
BP TRUCKING INC
PO BOX 386
ASHLAND MA 07121-

044018P001-1436A-001
BRIGHT HOUSE NETWORKS ENTERPRISE SOLUTIONS
PO BOX 790450
ST. LOUIS MO 63179

042388P001-1436A-001
C SPIRE
PO BOX 519
MEADVILLE MS 39653

044020P001-1436A-001
CENTERPOINT ENERGY
PO BOX 4981
HOUSTON TX 77210

044021P001-1436A-001
CENTURYLINK
PO BOX 1319
CHARLOTTE NC 28201

044022P001-1436A-001
CENTURYLINK
PO BOX 2961
PHOENIX AZ 85062

044023P001-1436A-001
CENTURYLINK
PO BOX 4300
CAROL STREAM IL 60197

044024P001-1436A-001
CHARTER COMMUNICATIONS
PO BOX 60187
LOS ANGELES CA 90060

044025P001-1436A-001
CITY OF ARLINGTON
PO BOX 90020
ARLINGTON TX 76004

044027P001-1436A-001
CITY OF GRAND PRAIRIE
PO BOX 660814
DALLAS TX 75266

000005P001-1436A-001
CITY OF HOLLYWOOD BUSINESS TAX
PO BOX 229187
HOLLYWOOD FL 33022

044028P001-1436A-001
CITY OF LAS VEGAS SEWER SVC
PO BOX 748022
LOS ANGELES CA 90074

**AAC Holdings, Inc., et al.**
**USPS Express Mail**
**Exhibit Pages**

06/22/2020 10:03:18 PM

| | | | |
|---|---|---|---|
| 000007P001-1436A-001<br>CITY OF NEW ORLEANS<br>PO BOX 60047<br>NEW ORLEANS LA 70160 | 044029P001-1436A-001<br>CITY OF OXFORD ELECTRIC<br>PO BOX 827<br>OXFORD MS 38655- | 044030P001-1436A-001<br>CITY OF WORCESTER<br>PO BOX 15588<br>WORCESTER MA 01615 | 044031P001-1436A-001<br>CITY TREASURER SAN DIEGO<br>PO BOX 129020<br>SAN DIEGO CA 92112 |
| 000009P001-1436A-001<br>CLARK COUNTY ASSESSOR<br>500 S GRAND CENTRAL PKWY 2ND FL<br>PO BOX 551401<br>LAS VEGAS NV 89155 | 000010P001-1436A-001<br>CLARK COUNTY TREASURER<br>500 S GRAND CENTRAL PKWY 2ND FL<br>PO BOX 551220<br>LAS VEGAS NV 89155 | 044032P001-1436A-001<br>COMCAST<br>PO BOX 71211<br>CHARLOTTE NC 28272 | 044033P001-1436A-001<br>COMCAST BUSINESS<br>PO BOX 37601<br>PHILADELPHIA PA 19101 |
| 044034P001-1436A-001<br>COMCAST BUSINESS<br>PO BOX 1577<br>NEWARK NJ 07101 | 044035P001-1436A-001<br>COMCAST XFINITY<br>PO BOX 70219<br>PHILADELPHIA PA 19176 | 000011P001-1436A-001<br>COUNTY OF ORANGE<br>TREASURER TAX COLLECTOR<br>PO BOX 1438<br>SANTA ANA CA 92702 | 044036P001-1436A-001<br>COX BUSINESS<br>PO BOX 53280<br>PHOENIX AZ 85072 |
| 044037P001-1436A-001<br>COX BUSINESS<br>PO BOX 78000<br>DETROIT MI 48278- | 044038P001-1436A-001<br>COX COMMUNICATIONS<br>PO BOX 53262<br>PHOENIX AZ 85072 | 044039P001-1436A-001<br>CR AND R INC<br>PO BOX 7183<br>PASADENA CA 91109 | 000012P001-1436A-001<br>DALLAS COUNTY TAX OFFICE<br>PO BOX 139066<br>DALLAS TX 75313 |
| 000013P001-1436A-001<br>DEPT OF REVENUE STATE OF MISSISSIPPI<br>PO BOX 23191<br>JACKSON MS 39225 | 000014P001-1436A-001<br>DEPT OF TAXATION AND FINANCE<br>UNEMPLOYMENT INS DIVISION<br>PO BOX 15012<br>ALBANY NY 12212 | 044040P001-1436A-001<br>DIRECT ENERGY MARKETING INC<br>DBA DIRECT ENERGY BUSINESS LLC<br>PO BOX 660749<br>DALLAS TX 75266- | 044041P001-1436A-001<br>DIRECT ENERGY SVC<br>PO BOX 32179<br>NEW YORK NY 10087 |
| 044042P001-1436A-001<br>DIRECTV<br>PO BOX 105249<br>ATLANTA GA 30348 | 044043P001-1436A-001<br>DIRECTV LLC<br>PO BOX 5006<br>CAROL STREAM IL 60197 | 044044P001-1436A-001<br>DISH<br>PO BOX 94063<br>PALATINE IL 60094 | 000016P001-1436A-001<br>DOUG BELDEN HILLSBOROUGH COUNTY TAX COLLECTOR<br>PO BOX 30012<br>TAMPA FL 33630 |
| 044046P001-1436A-001<br>EFAX CORPORATE<br>J2 GLOBAL INC<br>PO BOX 51873<br>LOS ANGELES CA 90051 | 044049P001-1436A-001<br>EVERSOURCE<br>PO BOX 56007<br>BOSTON MA 02205 | 044051P001-1436A-001<br>FLORIDA NATURAL GAS<br>PO BOX 934726<br>ATLANTA GA 31193 | 044053P001-1436A-001<br>FLORIDA POWER AND LIGHT<br>PO BOX 524013<br>MIAMI FL 33152 |

# AAC Holdings, Inc., et al.
## USPS Express Mail
### Exhibit Pages

06/22/2020 10:03:19 PM

000010P001-1436S-001
FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A-340
PO BOX 2952
SACRAMENTO CA 95812

000017P001-1436A-001
FRANCHISE TAX BOARD
PO BOX 942857
SACRAMENTO CA 94257

044055P001-1436A-001
FRONTIER
PO BOX 740407
CINCINNATI OH 45274

044056P001-1436A-001
FRONTIER COMMUNICATIONS
PO BOX 740407
CINCINNATI OH 45274

044059S001-1436A-001
HELGET GAS PRODUCTS
PO BOX 24246
OMAHA NE 68124-

000084P002-1436S-001
HILLSBROUGH COUNTY TAX COLLECTOR
DOUG BELDEN
PO BOX 30012
TAMPA FL 33630

000002P001-1436S-001
INTERNAL REVENUE SVC
CENTRALIZED INSOLVENCY OPERATION
P.O. BOX 7346
PHILADELPHIA PA 19101

043981P001-1436A-001
IRONSHORE SPECIALTY INSURANCE COMPANY
(LIBERTY MUTUAL)
PO BOX 34756
SEATTLE WA 98124-

044104P001-1436A-001
IRS/OHIO
PO BOX 145595
CINCINNATI OH 45250

044060P001-1436A-001
JAYSAN GAS SVC INC
PO BOX 746
E FREETOWN MA 02717-

000019P001-1436A-001
JEFFERSON PARISH SHERRIFFS OFFICE
BUREAU OF REVENUE AND TAXATION
SALES TAX DIVISION
PO BOX 248
GREINA LA 70054-

044061P001-1436A-001
JERSEY CENTRAL POWER AND LIGHT
PO BOX 3687
AKRON OH 44309

000020P001-1436A-001
KDLR LLC
PO BOX 249
ENTERPRISE UT 84725-

044062P001-1436A-001
LAFAYETTE COUNTY SOLID WASTE
PO BOX 885
OXFORD MS 38655-

000022P001-1436A-001
LAFAYETTE PARISH TAX COLLECTOR
PO BOX 92590
LAFAYETTE LA 70509-

044063P001-1436A-001
LAS VEGAS VALLEY WATER DISTRICT
PO BOX 2921
PHOENIX AZ 85062

000023P001-1436A-001
LEROY E BELK JR LEE CO TAX COLLECTOR
PO BOX 271
TUPELO MS 38802-

044064P001-1436A-001
LEVEL 3 FINANCING INC
DBA LEVEL 3 COMMUNICATIONS
PO BOX 910182
DENVER CO 80291

000024P001-1436A-001
MASSACHUSETTS DEPT OF REVENUE
PO BOX 7089
BOSTON MA 02241

044065P001-1436A-001
MAXXSOUTH BROAD/BAND
PO BOX 10027
TOLEDO OH 43699

044066P001-1436A-001
MOULTON NIGUEL WATER
PO BOX 30204
LAGUNA NIGUEL CA 92607

044067P001-1436A-001
NASHVILLE ELECTRIC SVC
PO BOX 305099
NASHVILLE TN 37230

044068P001-1436A-001
NATIONAL GRID
PO BOX 11737
NEWARK NJ 07101

000026P001-1436A-001
NEVADA DEPT OF TAXATION
PO BOX 7165
SAN FRANCISCO CA 94120

044069P001-1436A-001
NEW HORIZON COMMUNICATIONS
PO BOX 981073
BOSTON MA 02298

000027P001-1436A-001
NEW JERSEY DIVISION OF TAXATION
REVENUE PROCESSING CENTER
PO BOX 248
TRENTON NJ 08646

044070P001-1436A-001
NORTH EAST MS
PO BOX 1037
OXFORD MS 38655

044071P002-1436A-001
NV ENERGY
PO BOX 30086
RENO NV 89520

**AAC Holdings, Inc., et al.**
**USPS Express Mail**
**Exhibit Pages**

044072P001-1436A-001
PEAK 10 INC
DBA PEAK 10 RENTECH LLC
PO BOX 536933
ATLANTA GA 30353

044073P001-1436A-001
PSE AND G
PO BOX 14444
NEW BRUNSWICK NJ 08906

0440735001-1436A-001
PSE AND G
PSEG CORPORATE OFFICE HEADQUARTERS
PUBLIC SERVICE ENTERPRISE GROUP INC.
80 PARK PLAZA
PO BOX 1171
NEWARK NJ 07101

044074P001-1436A-001
REPUBLIC SVC
PO BOX 78829
PHOENIX AZ 85062

044075P001-1436A-001
ROCKLAND ELECTRIC CO
PO BOX 1009
SPRING VALLEY NY 10977-

000029P001-1436A-001
RON WRIGHT TAX ASSESSOR COLLECTOR
COLLECTOR
PO BOX 961018
FORT WORTH TX 76161

000030P001-1436A-001
SAN DIEGO COUNTY TREASURER
TAX COLLECTOR
PO BOX 129009
SAN DIEGO CA 92112-

044076P001-1436A-001
SAN DIEGO GAS AND ELECTRIC
PO BOX 25111
SANTA ANA CA 92799

044077P001-1436A-001
SANDERS WATER ASSOCIATION
PO BOX 8
ETTA MS 38627-

044078P001-1436A-001
SOUTHERN CALIFORNIA EDISON
PO BOX 300
ROSEMEAD CA 91772

043603P001-1436A-001
SOUTHTEL COMMUNICATIONS
DBA REALMCONNECT SOLUTIONS LLC
PO BOX 1149
CALHOUN GA 30703-

044079P001-1436A-001
SOUTHWEST GAS CORP
PO BOX 98890
LAS VEGAS NV 89193

044080P001-1436A-001
SPRINT SPECTRUM LP
PO BOX 4191
CAROL STREAM IL 60197

000031P001-1436A-001
STATE COMPTROLLER
PO BOX 149359
AUSTIN TX 78714

044081P001-1436A-001
SUBURBAN PROPANE LP
PO BOX J
WHIPPANY NJ 07981

0440815001-1436A-001
SUBURBAN PROPANE LP
240 ROUTE 10 WEST
PO BOX 206
WHIPPANY NJ 07981

044082P001-1436A-001
SUBURBAN PROPANE LP
PO BOX G
WHIPPANY NJ 07981

044083P001-1436A-001
TECO
PO BOX 31318
TAMPA FL 33631

000036P001-1436S-001
TENNESSEE ATTORNEY GENERAL
HERBERT H SLATERY III
PO BOX 20207
NASHVILLE TN 37202

000089P002-1436S-001
TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
GLENN HEGAR
PO BOX 149359
AUSTIN TX 78714

044084P001-1436A-001
THE GAS CO
PO BOX C
MONTEREY CA 91756

000088P001-1436S-001
THE ULTIMATE SOFTWARE GROUP INC
MELINDA BERNARD
PO BOX 930953
ATLANTA GA 31193

044085P001-1436A-001
TIME WARNER CABLE
PO BOX 11820
NEWARK NJ 07101

044086P001-1436A-001
TIME WARNER CABLE
PO BOX 60074
CITY OF INDUSTRY CA 91716

043990P001-1436A-001
TRAVELERS CASUALTY AND SURETY CO
OF AMERICA
PO BOX 660317
DALLAS TX 75266

044087P001-1436A-001
VERIZON
PO BOX 660108
DALLAS TX 75266

044088P001-1436A-001
VERIZON
PO BOX 4833
TRENTON NJ 08650

044089P001-1436A-001
VERIZON
PO BOX 15124
ALBANY NY 12212

**AAC Holdings, Inc., et al.**
**USPS Express Mail**
**Exhibit Pages**

06/22/2020 10:03:19 PM

044090P001-1436A-001
VERIZON
PO BOX 28003
LEHIGH VALLEY PA 18002

044092P001-1436A-001
WASTE MANAGEMENT
PO BOX 105453
ATLANTA GA 30348

044093P001-1436A-001
WASTE MANAGEMENT
PO BOX 4648
CAROL STREAM IL 60197

044094P001-1436A-001
WASTE MANAGEMENT OF RI
PO BOX 42090
PHOENIX AZ 85080-

000038P001-1436A-001
WENDY BURGESS TARRANT COUNTY
PO BOX 961018
FORT WORTH TX 76161-

000039P001-1436A-001
WILLIAMSON COUNTY PERSONAL PROPERTY TAX
PO BOX 1365
FRANKLIN TN 37065

000040P001-1436A-001
WILLIAMSON COUNTY TRUSTEE
PO BOX 648
FRANKLIN TN 37065

043992P001-1436A-001
WILLIS OF TENNESSEE
PO BOX 305025
26 CENTURY BLVD
NASHVILLE TN 37214-

043994P001-1436A-001
WILLIS TOWERS WATSON SOUTHEAST, INC
PO BOX 305025
26 CENTURY BLVD
NASHVILLE TN 37214-

044095P001-1436A-001
WINDSTREAM
PO BOX 9001013
LOUISVILLE KY 40290

043995P001-1436A-001
WRIGHT NATIONAL FLOOD INSURANCE CO
PO BOX 33064
ST. PETERSBURG FL 33733-

043996P001-1436A-001
WRIGHT NATIONAL FLOOD INSURANCE CO
PO BOX 33003
ST. PETERSBURG FL 33733

044096P001-1436A-001
WWS
PO BOX 669300
POMPANO BEACH FL 33066

**Records Printed :  125**