**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
------------------------------------------------------------- x
                                                              :
In re:                                                        :     Chapter 11
                                                              :
     AAC HOLDINGS, INC., et al., [1]                          :     Case No. 20-11648 (JTD)
                                                              :
                                                              :
                                                              :
                              Debtor.                         :
                                                              :     (Jointly Administered)
------------------------------------------------------------- x
```

**VERIFIED STATEMENT OF THE AD HOC GROUP OF**
**TERM LENDERS PURSUANT TO BANKRUPTCY RULE 2019**

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), certain beneficial or record owners, or investment advisors or managers of beneficial or record owners, as identified on **Exhibit A** hereto (collectively, the "Ad Hoc Group of Term Lenders"), of term loans arising under: (i) that certain credit agreement, dated as of March 8, 2019, as amended, supplemented or otherwise modified from time to time, by and among AAC Holdings Inc., ("AAC" and, together with the above-captioned debtors and debtors-in-

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Recovery First of Florida, LLC (3005); Fitrx, LLC (5410); Oxford Treatment Center, LLC (7853); Oxford Outpatient Center, LLC (0237); Concorde Treatment Center, LLC (6483); New Jersey Addiction Treatment Center, LLC (7108); ABTTC, LLC (7601); Laguna Treatment Hospital, LLC (0830); AAC Las Vegas Outpatient Center, LLC (5381); Greenhouse Treatment Center, LLC (4402); AAC Dallas Outpatient Center, LLC (6827); Forterus Health Care Services, Inc. (4758); Solutions Treatment Center, LLC (8175); San Diego Addiction Treatment Center, Inc. (1719); River Oaks Treatment Center, LLC (0640); Singer Island Recovery Center LLC (3015); B&B Holdings Intl LLC (8549); The Academy Real Estate, LLC (9789); BHR Oxford Real Estate, LLC (0023); Concorde Real Estate, LLC (7890); BHR Greenhouse Real Estate, LLC (4295); BHR Ringwood Real Estate, LLC (0565); BHR Aliso Viejo Real Estate, LLC (2910); Behavioral Healthcare Realty, LLC (2055); Clinical Revenue Management Services, LLC (8103); Recovery Brands, LLC (8920); Referral Solutions Group, LLC (7817); Taj Media LLC (7047); Sober Media Group, LLC (4655); American Addiction Centers, Inc. (3320); Tower Hill Realty, Inc. (0039); Lincoln Catharine Realty Corporation (5998); AdCare Rhode Island, Inc. (2188); Green Hill Realty Corporation (4951); AdCare Hospital of Worcester, Inc. (3042); Diversified Healthcare Strategies, Inc. (3809); AdCare Criminal Justice Services, Inc. (1653); AdCare, Inc. (7005); Sagenex Diagnostics Laboratory, LLC (7900); RI - Clinical Services, LLC (6291); Addiction Labs of America, LLC (1133); AAC Healthcare Network, Inc. (0677); AAC Holdings, Inc. (6142); San Diego Professional Group, P.C. (9334). Grand Prairie Professional Group, P.A. (2102); Palm Beach Professional Group, Professional Corporation (7608); Pontchartrain Medical Group, A Professional Corporation (1271); Oxford Professional Group, P.C. (8234); and Las Vegas Professional Group - Calarco, P.C. (5901). The location of the Debtors' corporate headquarters is 200 Powell Place, Brentwood, TN 37027.

26767996.1

possession, the "Debtors"), as borrower, the guarantors party thereto, the lenders party thereto and Ankura Trust Company, LLC ("Ankura") (as successor by assignment to Credit Suisse AG), in its capacity as administrative agent and collateral agent (the "Prepetition Priming Facility"); (ii) that certain credit agreement, dated as of June 30, 2017, as amended, supplemented or otherwise modified from time to time, by and among AAC, as borrower, the guarantors party thereto, the lenders party thereto and Ankura (as successor by assignment to Credit Suisse AG) in its capacity as administrative agent and collateral agent (the "Prepetition Syndicated Facility", and together with the Prepetition Priming Facility, the "Prepetition Loan Facilities"); and (iii) that certain Superpriority Senior Secured Debtor-In-Possession Credit Facility, dated as of June 25, 2020, as amended, supplemented, restated or otherwise modified from time to time, by and among AAC, as borrower, each of the other Debtors, as guarantors, Ankura, as administrative agent and collateral agent, and the lenders party thereto (the "DIP Facility"), by and through their undersigned counsel, hereby submit this verified statement (the "Verified Statement"), and in support thereof state and represent to the Court as follows:

1.      On July 16, 2019, the Ad Hoc Group of Term Lenders retained Stroock & Stroock & Lavan LLP ("Stroock") as counsel in connection with certain matters relating to the Prepetition Loan Facilities.  The Ad Hoc Group of Term Lenders subsequently retained Young Conaway Stargatt & Taylor LLP ("YCST") as Delaware counsel when informed that the Debtors would pursue a reorganization in the United States Bankruptcy Court for the District of Delaware. Since its formation, certain additional lender parties joined the Ad Hoc Group of Term Lenders.

2.      As of the date of this Verified Statement, Stroock and YCST represent only the members of the Ad Hoc Group of Term Lenders and do not represent or purport to represent any persons or entities other than the Ad Hoc Group of Term Lenders in connection with the above-

captioned chapter 11 cases (the "Chapter 11 Cases"). In addition, as of the date of this Verified Statement, the Ad Hoc Group of Term Lenders, both collectively and through its individual members, does not represent or purport to represent any other entities in connection with the Chapter 11 Cases.

3.      The individual members of the Ad Hoc Group of Term Lenders (and/or their affiliates and/or managed funds or accounts), as of July 13, 2020, hold, or are the investment advisors or managers for funds or accounts that hold disclosable economic interests in relation to the Debtors arising from one or more of the following:  (i) the Prepetition Priming Facility; (ii) the Prepetition Syndicated Facility; and (iii) the DIP Facility by and among the Debtors and the lenders party thereto.  Specifically, in accordance with Bankruptcy Rule 2019, attached hereto as **Exhibit A** is a list setting forth the name, address and the nature and amount of all disclosable economic interests held or managed by each member of the Ad Hoc Group of Term Lenders (and/or their affiliates and/or managed funds or accounts) in relation to the Debtors as of July 13, 2020, as reported to Stroock and YCST by each member of the Ad Hoc Group of Term Lenders.

4.      The information set forth in **Exhibit A** and herein is intended only to comply with Bankruptcy Rule 2019 and is not intended for any other purpose.  Nothing contained in this Verified Statement (including **Exhibit A** hereto) should be construed as a limitation upon, or waiver of the right of any individual member of the Ad Hoc Group of Term Lenders, including, without limitation, the right to assert, file and/or amend its claims in accordance with applicable law and any orders entered in these Chapter 11 Cases.

5.      The information contained in **Exhibit A** is based upon information provided by the applicable members of the Ad Hoc Group of Term Lenders to Stroock and YCST.  Stroock and YCST do not make any representation regarding the validity, amount, allowance, or priority

of such claims, and reserve all rights with respect thereto.  Neither Stroock nor YCST owns, nor have they ever owned, any claims against or interests in the Debtors, except for claims for services rendered to the Ad Hoc Group of Term Lenders.

6.      The Ad Hoc Group of Term Lenders, through its undersigned counsel, reserves the right to amend and/or supplement this Verified Statement in accordance with the requirements set forth in Bankruptcy Rule 2019 at any time in the future.

*Remainder of page intentionally left blank*

Dated: July 14, 2020
    Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Robert F. Poppiti, Jr.*
Matthew B. Lunn (No. 4119)
Robert F. Poppiti, Jr. (No. 5052)
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: mlunn@ycst.com
      rpoppiti@ycst.com

-and-

**STROOCK & STROOCK & LAVAN LLP**
Sayan Bhattacharyya (admitted *pro hac vice*)
Daniel A. Fliman (admitted *pro hac vice*)
Matthew G. Garofalo (admitted *pro hac vice*)
Emily L. Kuznick (admitted *pro hac vice*)
180 Maiden Lane
New York, New York 10038-4982
Telephone: (212) 806-5400
Facsimile: (212) 806-6006
Email: sbhattacharyya@stroock.com
      dfliman@stroock.com
      mgarofalo@stroock.com
      ekuznick@stroock.com

*Counsel to the Ad Hoc Group of Term Lenders*

26767996.1