**Exhibit A**

**Names, Address, and Amounts of Disclosable Economic Interest of the Ad Hoc Group of Term Lenders[1]**

| Name | Address | Prepetition Priming Facility | Prepetition Syndicated Facility (Junior) | DIP Initial Loans | DIP Delayed Draw Commitment[2] |
|---|---|---|---|---|---|
| Brightwood Capital Advisors | 810 7th Ave., 26th Floor New York, NY 10019 | $13,517,826.91 | $62,589,292.44 | $8,883,786.46 | $12,890,199.97 |
| Capital Southwest Corporation | 5400 Lyndon B. Johnson Freeway Lincoln Center Tower 1, Suite 1300 | $3,565,769.35 | $16,509,974.79 | $2,133,384.02 | $3,095,498.38 |
| CQS, LLC | 152 W 57th St 40th Floor New York, NY 10019 | $7,583,618.93 | $35,113,139.47 | $4,983,881.77 | $7,231,514.73 |
| HG Vora Capital Management, LLC | 330 Madison Ave. New York, NY 10017 | $11,013,554.42 | $50,994,186.00 | $7,238,002.55 | $10,502,199.78 |
| Main Street Capital Corporation | 300 Post Oak Blvd, 8th Floor Houston, TX 77056 | $6,241,538.64 | $28,899,133.66 | $2,260,945.20 | $3,280,587.14 |
| **AD HOC GROUP TOTALS** | | **$41,922,308.25** | **$194,105,726.36** | **$25,500,000.00** | **$37,000,000.00** |
| **TOTAL PRINCIPAL AMOUNT OUTSTANDING** | | **$47,000,000.00** | **$319,562,692.97** | **$25,500,000.00** | **$37,000,000.00** |
| **AD HOC GROUP PERCENTAGE OF TOTAL PRINCIPAL AMOUNT OUTSTANDING** | | **89.20%** | **60.74%** | **100%** | **100%** |

---

[1] Amounts listed on this **Exhibit A** represent aggregate interests held by, or held by funds or accounts managed or advised by, the listed entities or their respective affiliates. Amounts listed on this **Exhibit A** do not include any claims for, without limitation, fees, expenses, accrued and unpaid interest, premiums, make-wholes or indemnification that may be owing under any credit agreement or other instrument. Nothing contained in the Verified Statement or in this **Exhibit A** should be construed as a limitation upon, or waiver of, any rights or claims of the Ad Hoc Group of Term Lenders or any individual member thereof. The amounts listed on this **Exhibit A** are principal only and do not include accrued interest or other amounts.

[2] Amounts listed in this column entitled "DIP Delayed Draw Commitment" include unfunded commitments.

26767996.1