## **CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of August 2020, a true and correct copy of the above and foregoing has been served by electronic transmission to all registered CM/ECF users appearing in these cases.

*/s/ Justin R. Alberto*
Justin R. Alberto
