**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AAC HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-11648<br><br>(Jointly Administered) |

**CERTIFICATION OF COUNSEL REGARDING ORDER (I) APPROVING
ADEQUACY OF DISCLOSURE STATEMENT, (II) APPROVING SOLICITATION
AND NOTICE PROCEDURES FOR CONFIRMATION OF DEBTORS' PLAN
OF REORGANIZATION, (III) APPROVING BALLOT AND NOTICE FORMS
IN CONNECTION THEREWITH, (IV) SCHEDULING CERTAIN DATES
WITH RESPECT THERETO, AND (V) GRANTING RELATED RELIEF**

The undersigned counsel to the above-captioned debtors and debtors in possession (the "Debtors") hereby certifies that:

1. On July 25, 2020, the Debtors filed the *Disclosure Statement for the Joint Chapter 11 Plan of AAC Holdings, Inc. and its Debtor Affiliates* [Docket No. 191] (the "Disclosure Statement"), the *Joint Chapter 11 Plan of AAC Holdings, Inc and its Debtor*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Recovery First of Florida, LLC (3005); Fitrx, LLC (5410); Oxford Treatment Center, LLC (7853); Oxford Outpatient Center, LLC (0237); Concorde Treatment Center, LLC (6483); New Jersey Addiction Treatment Center, LLC (7108); ABTTC, LLC (7601); Laguna Treatment Hospital, LLC (0830); AAC Las Vegas Outpatient Center, LLC (5381); Greenhouse Treatment Center, LLC (4402); AAC Dallas Outpatient Center, LLC (6827); Forterus Health Care Services, Inc. (4758); Solutions Treatment Center, LLC (8175); San Diego Addiction Treatment Center, Inc. (1719); River Oaks Treatment Center, LLC (0640); Singer Island Recovery Center LLC (3015); B&B Holdings Intl LLC (8549); The Academy Real Estate, LLC (9789); BHR Oxford Real Estate, LLC (0023); Concorde Real Estate, LLC (7890); BHR Greenhouse Real Estate, LLC (4295); BHR Ringwood Real Estate, LLC (0565); BHR Aliso Viejo Real Estate, LLC (2910); Behavioral Healthcare Realty, LLC (2055); Clinical Revenue Management Services, LLC (8103); Recovery Brands, LLC (8920); Referral Solutions Group, LLC (7817); Taj Media LLC (7047); Sober Media Group, LLC (4655); American Addiction Centers, Inc. (3320); Tower Hill Realty, Inc. (0039); Lincoln Catharine Realty Corporation (5998); AdCare Rhode Island, Inc. (2188); Green Hill Realty Corporation (4951); AdCare Hospital of Worcester, Inc. (3042); Diversified Healthcare Strategies, Inc. (3809); AdCare Criminal Justice Services, Inc. (1653); AdCare, Inc. (7005); Sagenex Diagnostics Laboratory, LLC (7900); RI - Clinical Services, LLC (6291); Addiction Labs of America, LLC (1133); AAC Healthcare Network, Inc. (0677); AAC Holdings, Inc. (6142); San Diego Professional Group, P.C. (9334). Grand Prairie Professional Group, P.A. (2102); Palm Beach Professional Group, Professional Corporation (7608); Pontchartrain Medical Group, A Professional Corporation (1271); Oxford Professional Group, P.C. (8234); and Las Vegas Professional Group - Calarco, P.C. (5901). The location of the Debtors' corporate headquarters is 200 Powell Place, Brentwood, TN 37027.

*Affiliates* [Docket No. 192] (the "Plan"), and the proposed *Order (I) Approving Adequacy of Disclosure Statement, (II) Approving Solicitation and Notice Procedures for Confirmation of Debtors' Plan of Reorganization, (III) Approving Ballot and Notice Forms in Connections Therewith, (IV) Scheduling Certain Dates with Respect Thereto, and (V) Granting Related Relief* (the "Proposed Order"), which was attached as Exhibit A to the *Motion of the Debtors for Entry of an Order (I) Approving Adequacy of Disclosure Statement, (II) Approving Solicitation and Notice Procedures for Confirmation of Debtors' Plan of Reorganization, (III) Approving Ballot and Notice Forms in Connection Therewith, (IV) Scheduling Certain Dates With Respect Thereto, and (V) Granting Related Relief* [Docket No. 193] (the "Motion").

2. Pursuant to the notice of Motion, objections to entry of the Proposed Order were due on or before August 24, 2020 at 4:00 p.m. prevailing eastern time [Docket No. 193-2].

3. The Debtors received formal objections to the relief sought in the Motion from the U.S. Securities and Exchange Commission (the "SEC") [Docket Nos. 436 and 439], the United States Trustee (the "U.S. Trustee") [Docket No. 437], and the Official Committee of Unsecured Creditors (the "Committee," and together with the SEC and U.S. Trustee, the "Objecting Parties") [Docket No. 438]. The Debtors also received informal comments from the U.S. Trustee and from the Indiana Public Retirement Systems, in its capacity as lead plaintiff (the "Lead Plaintiff") in the securities litigation styled *Caudle v. AAC Holdings, Inc.,* et al. pending in the United States District Court for the Middle District of Tennessee.

4. On August 30, 2020, the Debtors filed the *Notice of Filing of the (A) Amended Disclosure Statement; (B) Amended Plan; (C) Revised Proposed Disclosure Statement Order; and (D) Amended Liquidation Analysis* [Docket No. 470], which included:

- The *Amended Disclosure Statement for the Amended Joint Chapter 11 Plan of AAC Holdings, Inc. and its Debtor Affiliates* (the "Amended Disclosure Statement");

- The *Amended Joint Chapter 11 Plan of AAC Holdings, Inc. and its Debtor Affiliates* (the "Amended Plan"); and

- The revised Proposed Order (the "Revised Proposed Order").

5. On August 31, 2020, the Court held a hearing to consider the relief sought in the Motion. After conclusion of the hearing, the Debtors, the Objecting Parties, and the Lead Plaintiff conferred and resolved the outstanding objections. The Debtors acknowledge, however, that as part of this resolution, under the Final Proposed Order (as defined herein), "all parties' rights are reserved with respect to their ability to challenge the Debtor Release and the Third Party Release at the Confirmation Hearing" including "with respect to the enforceability of a third-party release against" the SEC. **Exhibit A**, ¶¶ 12, 15.

6. Attached hereto as **Exhibit A** is the final Proposed Order (the "Final Proposed Order"), including exhibits, granting the Motion. Attached hereto as **Exhibit B** is a redline of the Final Proposed Order against the Revised Proposed Order, including exhibits other than the Disclosure Statement.

7. On September 1, 2020, the Debtors will file the *Amended Disclosure Statement for the Amended Joint Chapter 11 Plan of AAC Holdings, Inc. and its Debtor Affiliates* (the "Second Amended Disclosure Statement"), which addressed both the informal comments and the formal objections raised by the Objecting Parties and the Lead Plaintiff. Attached as **Exhibit C** is a redline of the Second Amended Disclosure Statement, excluding exhibits, showing the changes made to the Amended Disclosure Statement.

8.  Similarly, on September 1, 2020, the Debtors will file the *Amended Joint Chapter 11 Plan of AAC Holdings, Inc. and its Debtor Affiliates* (the "Second Amended Plan"), which addressed both the informal comments and the formal objections raised by the Objecting Parties and the Lead Plaintiff.  Attached as **Exhibit D** is a redline of the Second Amended Plan, excluding exhibits, showing the changes made to the Amended Plan.

9.  The Debtors therefore request that the Court enter the Final Proposed Order attached hereto as **Exhibit A** at its earliest convenience.  The Objecting Parties and the Lead Plaintiff have no objection to entry of the Final Proposed Order.  Counsel is available at the request of the Court.

| | |
|---|---|
| Dated: September 1, 2020<br>         Wilmington, Delaware | Respectfully submitted,<br><br>**GREENBERG TRAURIG, LLP**<br><br>*/s/ Dennis A. Meloro*<br>Dennis A. Meloro (DE Bar No. 4435)<br>The Nemours Building<br>1007 North Orange Street, Suite 1200<br>Wilmington, Delaware 19801<br>Telephone: (302) 661-7000<br>Facsimile: (302) 661-7360<br>Email: melorod@gtlaw.com<br><br>- and -<br><br>David B. Kurzweil (admitted *pro hac vice*)<br>Alison Elko Franklin (admitted *pro hac vice*)<br>Terminus 200<br>3333 Piedmont Road, NE, Suite 2500<br>Atlanta, Georgia 30305<br>Telephone: (678) 553-2100<br>Facsimile: (678) 553-2212<br>Email: kurzweild@gtlaw.com<br>          franklinae@gtlaw.com<br><br>*Counsel for the Debtors and Debtors in Possession* |