**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AAC HOLDINGS, INC., *et al.*,[1] | Case No. 20-11648 (JTD) |
| Debtors. | (Jointly Administered) |

**NOTICE OF FILING PLAN SUPPLEMENT TO THE AMENDED JOINT**
**CHAPTER 11 PLAN OF AAC HOLDINGS, INC. AND ITS DEBTOR AFFILIATES**

> **PLEASE TAKE NOTICE THAT** on September 1, 2020, United States Bankruptcy Court for the District of Delaware (the "Court") entered an order [Docket No. 516] (the "Disclosure Statement Order"): (a) authorizing AAC Holdings, Inc. and its affiliated debtors and debtors in possession (collectively, the "Debtors"), to solicit acceptances for the *Amended Joint Chapter 11 Plan of AAC Holdings Inc and its Debtor Affiliates* (as modified, amended, or supplemented from time to time, the "Plan");[2] (b) approving the *Amended Disclosure Statement for the Amended Joint Chapter 11 Plan of AAC Holdings Inc and its Debtor Affiliates* (the "Disclosure Statement") as containing "adequate information" pursuant to section 1125 of the Bankruptcy Code; (c) approving the solicitation materials and documents to be included in the solicitation packages; and (d) approving procedures for soliciting, receiving, and tabulating votes on the Plan and for filing objections to the Plan.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Recovery First of Florida, LLC (3005); Fitrx, LLC (5410); Oxford Treatment Center, LLC (7853); Oxford Outpatient Center, LLC (0237); Concorde Treatment Center, LLC (6483); New Jersey Addiction Treatment Center, LLC (7108); ABTTC, LLC (7601); Laguna Treatment Hospital, LLC (0830); AAC Las Vegas Outpatient Center, LLC (5381); Greenhouse Treatment Center, LLC (4402); AAC Dallas Outpatient Center, LLC (6827); Forterus Health Care Services, Inc. (4758); Solutions Treatment Center, LLC (8175); San Diego Addiction Treatment Center, Inc. (1719); River Oaks Treatment Center, LLC (0640); Singer Island Recovery Center LLC (3015); B&B Holdings Intl LLC (8549); The Academy Real Estate, LLC (9789); BHR Oxford Real Estate, LLC (0023); Concorde Real Estate, LLC (7890); BHR Greenhouse Real Estate, LLC (4295); BHR Ringwood Real Estate, LLC (0565); BHR Aliso Viejo Real Estate, LLC (2910); Behavioral Healthcare Realty, LLC (2055); Clinical Revenue Management Services, LLC (8103); Recovery Brands, LLC (8920); Referral Solutions Group, LLC (7817); Taj Media LLC (7047); Sober Media Group, LLC (4655); American Addiction Centers, Inc. (3320); Tower Hill Realty, Inc. (0039); Lincoln Catharine Realty Corporation (5998); AdCare Rhode Island, Inc. (2188); Green Hill Realty Corporation (4951); AdCare Hospital of Worcester, Inc. (3042); Diversified Healthcare Strategies, Inc. (3809); AdCare Criminal Justice Services, Inc. (1653); AdCare, Inc. (7005); Sagenex Diagnostics Laboratory, LLC (7900); RI - Clinical Services, LLC (6291); Addiction Labs of America, LLC (1133); AAC Healthcare Network, Inc. (0677); AAC Holdings, Inc. (6142); San Diego Professional Group, P.C. (9334). Grand Prairie Professional Group, P.A. (2102); Palm Beach Professional Group, Professional Corporation (7608); Pontchartrain Medical Group, A Professional Corporation (1271); Oxford Professional Group, P.C. (8234); and Las Vegas Professional Group - Calarco, P.C. (5901). The location of the Debtors' corporate headquarters is 200 Powell Place, Brentwood, TN 37027.

[2] Capitalized terms not otherwise defined herein have the same meanings as set forth in the Plan.

**PLEASE TAKE FURTHER NOTICE THAT** as contemplated by the Plan and the Disclosure Statement Order, the Debtors must file the Plan Supplement with the Court on or before September 24, 2020.

**PLEASE TAKE FURTHER NOTICE THAT** the Plan Supplement contains the forms of the following documents, as may be modified, amended, or supplemented from time to time, as set forth below:

| Exhibit | Description |
| --- | --- |
| A | Exit Facility Documents |
| B | New Organizational Documents |
| C | New Board Composition (to be filed at a later date) |
| D | New Stockholders' Agreement |
| E | New Warrant Agreement |
| F | Schedule of Rejected Executory Contracts and Unexpired Leases |
| G | Projected Creditor Recoveries |

**PLEASE TAKE FURTHER NOTICE THAT** the documents contained in the Plan Supplement are in draft form and remain subject to ongoing review and negotiation among the Debtors, the Consenting Lenders, and other interested parties with respect thereto. The Debtors reserve all rights to amend, revise, or supplement the Plan Supplement, and any of the documents, exhibits, and designations contained therein, with the consent of the Requisite Consenting Lenders, at any time before the Effective Date of the Plan, or any such other date as may be provided for by the Plan or by order of the Bankruptcy Court, and all rights and remedies of any parties with respect thereto are expressly reserved.

**PLEASE TAKE FURTHER NOTICE** that the forms of the documents contained in the Plan Supplement are integral to, and are considered part of, the Plan. If the Plan is approved, the documents contained in the Plan Supplement will be approved by the Court pursuant to the Confirmation Order.

**PLEASE TAKE FURTHER NOTICE THAT** if you would like to obtain a copy of the Disclosure Statement, the Plan, the Plan Supplement, or related documents, you should contact Donlin, Recano & Company, Inc., the notice and claims agent retained by the Debtors in the Chapter 11 Cases (the "Notice and Claims Agent"), by: (i) calling the Notice and Claims Agent at 877-476-4387 (toll free); (ii) visiting the Debtors' restructuring website at: https://www.donlinrecano.com/Clients/aac/Index which provides a specific tab labeled "Confirmation Documents;" or (iii) writing to the Notice and Claims Agent at Donlin, Recano & Company, Inc., Re: AAC Holdings, Inc., *et al.*, P.O. Box 199043 Blythebourne Station, Brooklyn, New York 11219. You may also obtain copies of any pleadings filed in these chapter 11 cases for a fee via PACER at: http://www.deb.uscourts.gov. Please be advised that the Notice and Claims

Agent is authorized to answer questions about, and provide additional copies of, solicitation materials, but may ***not*** advise you as to whether you should vote to accept or reject the Plan.

**GREENBERG TRAURIG, LLP**

| | |
|---|---|
| */s/ David B. Kurzweil* | */s/ Dennis A. Meloro* |
| David B. Kurzweil (admitted *pro hac vice*) | Dennis A. Meloro (DE Bar No. 4435) |
| Alison Elko Franklin (admitted *pro hac vice*) | The Nemours Building |
| Terminus 200 | 1007 North Orange Street, Suite 1200 |
| 3333 Piedmont Road, NE, Suite 2500 | Wilmington, Delaware 19801 |
| Atlanta, Georgia 30305 | Telephone: (302) 661-7000 |
| Telephone: (678) 553-2100 | Facsimile: (302) 661-7360 |
| Facsimile: (678) 553-2212 | Email: melorod@gtlaw.com |
| Email: kurzweild@gtlaw.com | |
|        franklinae@gtlaw.com | *Counsel for the Debtors and Debtors in Possession* |

Dated: September 24, 2020